IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIE J. HUGHES**                                                                                   **PLAINTIFF**

V.                                            3:05CV00205-WRW

**REA MAGNET WIRE COMPANY, INC.,**
**MUTUAL OF OMAHA, INGENIX and**
**ADMINISTRATION SYSTEMS RESEARCH**
**CORP. d/b/a ASR CORPORATION**                                                **DEFENDANTS**

## ORDER

On Sept, 29, 2005, Plaintiff filed a Motion to Remand, and served Defendants' Counsel with a copy.  It appears that the motion is well taken, and, since the Defendants have not responded, I assume that they agree -- accordingly, the Motion to Remand case to state court is GRANTED.  The Clerk is directed to remand this case to the Circuit Court of Mississippi County, Arkansas..

IT IS SO ORDERED this 8th day of November, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE